■ FRANK GRASSO et al. v. PAUL PHILLIPS, as President.— Motion for a stay granted on the terms and conditions contained in the order to show cause,

dated September 18, 1962. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.